**ORIGINAL**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ZAHIRA FAZILAT<br>25 AGIA<br>LAGUNA NIGUEL, CA 92677<br>(949) 218-4138<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | FILED<br>SEP 10 2018<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:         Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>DAKARAI NYAMYKE BRUCE<br><br><br>Debtor(s). | CASE NO.: 8:14-bk-15055-MW<br>ADVERSARY NO.: 8:15-ap-01028-MW<br>(if applicable)<br>CHAPTER: 7 |
|---|---|
| DAKARAI NYAMYKE BRUCE<br><br>Plaintiff(s) (if applicable).<br>vs.<br><br>ZAHIRA FAZILAT<br><br>Defendant(s) (if applicable). | **NOTICE OF APPEAL**<br>**AND STATEMENT OF ELECTION** |

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): __ZAHIRA FAZILAT__

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☒ Defendant
☐ Other (describe):

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☐ Creditor
☐ Trustee
☐ Other (describe):

December 2015 | Page 1 | Official Form 417A

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: 1) Plaintiff's claim against Defendant, judgment is Entered in favor of Plaintiff (11 U.SC § 362(a)+(k) + 11 U.SC. § 727(b).
2) Actual Damages of $12,500.00,
3) Punitive Damages of $2,500.00; Attorney Fees of $16,415.00 AND COSTS OF $250.00.

2. The date the judgment, order, or decree was entered: 8/31/2018

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (*attach additional pages if necessary*):

1. Party: ZAHIRA FAZILAT
   Attorney: JUSTIN D. IRISH, ESQ.
   250 E. 17th STREET, SUITE 240
   COSTA MESA, CA 92627
   (949) 836-0543

2. Party: DAKARAI NYAMYKE BRUCE
   Attorney: JOSHUA R. ENGLE, ESQ.
   333 CITY BLVD., WEST, STE. 1700
   ORANGE, CA 92868
   (714) 236-9330

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_[signature: Zahira Fazilat]_    Date: 9-10-18

Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
27184 Ortega Hwy. Suite 204, San Juan Capistrano, CA 92675

A true and correct copy of the foregoing document entitled: **NOTICE OF APPEAL AND STATEMENT OF ELECTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 09/10/18, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

DAKARAI N. BRUCE c/o: JOSHUA R. Engle, Esq., 333 City Blvd, West
Ste. 1700
Orange, CA 92868

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/10/18 | SABRINA AZIZ | [signature] |
|---|---|---|
| Date | Printed Name | Signature |

**FILED & ENTERED**

**AUG 31 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>DAKARAI NYAMYKE BRUCE,<br>                  Debtor. | Case No.: 8:14-bk-15055-MW<br>Adversary Case No.: 8:15-ap-01028-MW<br>**JUDGMENT.** |
| DAKARAI NYAMYKE BRUCE,<br>                  Plaintiff/Debtor,<br>v.<br>ZAHIRA FAZILAT,<br>                  Defendant/Creditor | Trial Date: 06/19/2018<br>Trial Time: 9:00 A.M.<br>Crtrm.: 6C<br>HONORABLE MARK WALLACE, JUDGE |

      For the reasons stated in the Court's separately entered Memorandum Decision and Order (filed and entered on July 12, 2018 as Doc. 130):

      1.      On the Plaintiff's claim against Defendant under 11 U.S.C. § 362(a)&(k), judgment is entered in favor of Plaintiff, Dakarai Nyamyke Bruce ("Bruce").

      2.      On the Plaintiff's claim against Defendant under 11 U.S.C. § 727(b), judgment is entered in favor of Plaintiff, Bruce. The judgment in case No. 30-2014-00728822-CL-UD-HNB, *Zahira Fazilat vs. Dekrai Nyamke Bruce, et al*, in the Superior Court of California, County of Orange, is void and of no effect.

//

021508

74404021529011

3. Therefore, Plaintiff is awarded the following against Defendant Zahira Fazilat:

4. Actual damages of $12,500.00; and

5. Punitive damages of $2,500.00; and

6. Attorney fees of $16,415.00 attorney fees; and

7. Costs of $250.00.

**IT IS SO ORDERED.**

###

Date: August 31, 2018

Mark S. Wallace
United States Bankruptcy Judge