# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**To:** Clerk, Santa Ana Bankruptcy Court
**Debtor(s):** DAKARAI NYAMYKE BRUCE
**BAP No.:** CC-18-1249
**Bk. Ct. No.:** 14-15055-MW             **ADV. NO.:** 15-01028-MW

**INTERNAL Bk. Ct. NO.:** ***

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

**IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS**

Susan M Spraul, BAP Clerk

**By:** Vicky Jackson-Walker, Deputy Clerk
**Date:** September 17, 2018